## Theron A. Flower and another v. Daniel C. Kellum.

*Heard May 3d. Decided May 5th.*

Error to Oakland Circuit.

This was an action of assumpsit originally commenced before a Justice of the Peace. It was taken to the Circuit Court by appeal, and there dismissed on motion of defendant, for the reason that no revenue stamps were affixed either to any of the certificates made by the justice, or upon entering the appeal in the Circuit Court.

The appeal having been taken before any act of Congress required appeal papers to be stamped, the dismissal was held to be erroneous, and judgment reversed, with costs, and the cause remanded for trial.

*A. C. Baldwin,* for plaintiff.

No one appeared for defendant.